UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONICA PRESTIA,

    Plaintiff,

v.

BLOOMBERG L.P.,

    Defendant.

RULE 7.1 STATEMENT

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>MONICA PRESTIA</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 6/21/07

_____
Signature of Attorney

Attorney Bar Code: RAR5538