UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MONICA PRESTIA,

                Plaintiff,

       - against -

BLOOMBERG L.P.,

              Defendant.

------------------------------------------------------------ x

Case No. 07 Civ. 6003 (BSJ)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for parties herein, that Defendant's time to appear, answer, or otherwise move with respect to the complaint has been extended from July 16, 2007 to and including August 10, 2007.

Dated: New York, New York
       July 12, 2007

THE ROTH LAW FIRM, PLLC

By: _____
   Richard A. Roth (RAR-5538)
   Jordan M. Kam (JK-8938)

545 Fifth Avenue, Suite 960
New York, New York 10017
(212) 542-8882

*Attorneys for Plaintiff Monica Prestia*

WILLKIE FARR & GALLAGHER LLP

By: _____
Thomas H. Golden (TG-1467)

787 Seventh Avenue
New York, New York 10019
(212) 728-8000
*Attorneys for Defendant Bloomberg L.P.*

SO ORDERED:

_____
Hon. Barbara S. Jones, U.S.D.J.

7/13/07

2