UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
MONICA PRESTIA,
:
                       Plaintiff,
:
           - against -          :     07 Civ. 6003 (BSJ) (JCF)
:     RULE 7.1 STATEMENT
BLOOMBERG L.P.,
:
                  Defendant.
:
------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Bloomberg L.P. states that Defendant Bloomberg L.P. is a limited partnership

organized under the laws of the State of Delaware and that Merrill Lynch L.P. Holding Inc. owns

20% of its limited partnership assets.


Dated: New York, New York
       August 10, 2007

                            WILLKIE FARR & GALLAGHER LLP


                            By: _____
                               Thomas H. Golden (TG-1467)
                              (A Member of the Firm)

                           787 Seventh Avenue
                           New York, New York  10019
                           (212) 728-8000
                           Attorneys for Defendant Bloomberg L.P.