UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MONICA PRESTIA,
:
                    Plaintiff,       :      07 Civ. 6003 (BSJ) (JCF)

        - against -
:      CIVIL CASE MANAGEMENT
BLOOMBERG L.P.,                    PLAN
:
                    Defendant.
:
------------------------------------------------------------x

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure.

1.   This case is to be tried to a jury.

2.   Initial disclosures must be made by **October 15, 2007.**

3.   Joinder of additional parties must be accomplished by **November 30, 2007.**

4.   Amended pleadings may be filed without leave of Court until **November 30, 2007.**

5.   Discovery:

    a.   Documents: First request for production of documents, if any, must be served by **October 31, 2007.** Further document requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of discovery.

    b.   Interrogatories: Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served by **January 31, 2008.** No other interrogatories are permitted except upon prior express permission of the Court.

    c.   Experts: Disclosures required under Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by **December 31, 2008** for experts and by **January 31, 2008** for rebuttal experts.

    d.   Depositions: Fact and expert depositions are to be completed by **February 29, 2008.**

      e.    <u>Close of discovery</u>: All fact and expert discovery must be completed by **February 29, 2008.** Interim deadlines for items a-d above may be extended by the parties on consent without application to the Court, provided the parties meet the discovery completion date set forth in this paragraph, which shall not be adjourned except upon a showing to the Court of extraordinary circumstances.

6.    Dispositive motions are to be served and filed by **April 15, 2008.** Responsive papers are to be served and filed by **May 15, 2008.** Reply papers are to be served by **May 30, 2008.**

7.    The joint pretrial order shall be filed no later than 30 days after completion of discovery, or after the final decision of any dispositive motion, whichever is later, unless a different date is set by the Court. The requirements of the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Practice Rules.

Dated: New York, New York
       September 10, 2007

                              SO ORDERED:

                              JAMES C. FRANCIS
                              United States Magistrate Judge