**THE ROTH LAW FIRM, PLLC**
Richard A. Roth (RAR 5538)
545 Fifth Avenue, Suite 960
New York, New York 10017
(212)542-8882
*Attorneys for Plaintiff-Intervenor Monica Prestia*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                                  **Plaintiff,**

             **-against-**

BLOOMBERG L.P.,

                                **Defendant.**

----------------------------------------------------------------X

Case No.: 07 CV 8383(LAP)(HP)
**ECF ACTION**

**NOTICE OF**
**UNOPPOSED MOTION**
**OF MONICA PRESTIA**
**TO INTERVENE AS**
**PLAINTIFF-INTERVENOR**

To:    Raechel Adams, Esq.
        Equal Employment Opportunity Commission
        33 Whitehall Street, 5th Floor
        New York, New York 10004
        Attorneys for Plaintiff
        (via ECF)

        Thomas Golden, Esq. and Elissa Rossi, Esq.
        Wilkie, Farr & Gallagher, LLP
        787 Seventh Avenue
        New York, New York 10019
        Attorneys for Defendant
        (via ECF)

*The motion is granted on the condition, contained in the response of Defendant Bloomberg L.P. to Motion of Monica Prestia to Intervene, that 07 Civ. 6003 be dismissed.*

*December 31, 2007*

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

William J. Dealy, Esq. and Milo Silberstein, Esq.
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, New York 10007
*Attorneys for Plaintiff-Intervenors Jill Patricot,*
*Tanya Lancaster and Janet Loures*

Please take notice that, for the reasons set forth in the accompanying

Memorandum of Law of Plaintiff-Intervenor Monica Prestia in Support of Unopposed

Motion to Intervene, the undersigned hereby makes a motion on behalf of Plaintiff-

Intervenor Monica Prestia to intervene in the above captioned matter pursuant to Rule

24(a) of the Federal Rules of Civil Procedure and to file the Complaint of Plaintiff-

Intervenor Monica Prestia, which is annexed hereto as Exhibit A.

Dated: New York, New York
       November 7, 2007

Respectfully Submitted,

THE ROTH LAW FIRM, PLLC

By:_____
       Richard A. Roth (RAR 5538)
545 Fifth Avenue, Suite 960
New York, New York 10017
(212)542-8882
*Attorneys for Plaintiff-Intervenor*
*Monica Prestia*

2