UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

MONICA PRESTIA,           :

              Plaintiff,    :   Case No. 07 Civ. 6003 (BSJ)

    - against -             :

BLOOMBERG L.P.,           :

              Defendant.    :

-------------------------------------------------------- x

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above captioned matter is dismissed *with prejudice*.

Dated: New York, New York
       January 4, 2008


WILLKIE FARR & GALLAGHER LLP            THE ROTH LAW FIRM, PLLC

By: _____             By: _____
Thomas H. Golden (TG-1467)                  Richard A. Roth (RAR-5538)

787 Seventh Avenue                      545 Fifth Avenue, Suite 960
New York, New York 10019                New York, New York 10017
(212) 728-8000                          (212) 542-8882
*Attorneys for Defendant Bloomberg L.P.*   *Attorneys for Plaintiff Monica Prestia*


SO ORDERED:

_____
Hon. Barbara S. Jones, U.S.D.J.