UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MONICA PRESTIA,

                Plaintiff,

       - against -

BLOOMBERG L.P.,

                Defendant.
-------------------------------------------------------------- x

Case No. 07 Civ. 6003 (BSJ)

USDC SDNY
DOC...

4/16/08

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above captioned matter is dismissed *with prejudice*.

Dated: New York, New York
January 4, 2008

| WILLKIE FARR & GALLAGHER LLP | THE ROTH LAW FIRM, PLLC |
|---|---|
| By: _____ | By: _____ |
| Thomas H. Golden (TG-1467) | Richard A. Roth (RAR-5538) |
| 787 Seventh Avenue | 545 Fifth Avenue, Suite 960 |
| New York, New York 10019 | New York, New York 10017 |
| (212) 728-8000 | (212) 542-8882 |
| *Attorneys for Defendant Bloomberg L.P.* | *Attorneys for Plaintiff Monica Prestia* |

SO ORDERED:

_____
Hon. Barbara S. Jones, U.S.D.J.

4/16/08