UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MONICA PRESTIA,

                    Plaintiff,

    - against -

BLOOMBERG L.P.,

                    Defendant.
------------------------------------------------------------ x

Case No. 07 Civ. 6003 (BSJ)

4/16/08

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above captioned matter is dismissed *with prejudice*.

Dated: New York, New York
       January 4, 2008

WILLKIE FARR & GALLAGHER LLP

By: _____
Thomas H. Golden (TG-1467)

787 Seventh Avenue
New York, New York 10019
(212) 728-8000
*Attorneys for Defendant Bloomberg L.P.*

THE ROTH LAW FIRM, PLLC

By: _____
Richard A. Roth (RAR-5538)

545 Fifth Avenue, Suite 960
New York, New York 10017
(212) 542-8882
*Attorneys for Plaintiff Monica Prestia*

SO ORDERED:

_____
Hon. Barbara S. Jones, U.S.D.J.

4/16/08